96 F.3d 1432
 Flying Tiger Line, Inc., Tiger International, Inc., a
Delaware Corporation, Warren Transport, Inc., an
Iowa Corporation
v.
Central States, Southwest and Southeast Areas Pension Funds,
Teamsters Pension Trust Fund of Philadelphia and Vicinity,
Western Pennsylvania Teamsters and Employers Pension Fund,
Teamsters Local 641 Pension Fund, Trucking Employees of
North Jersey Welfare Fund, Central Pennsylvania Teamsters
Pension Fund, a Multiemployer Pension Plan, as Member of a
 NO. 96-7050
 United States Court of Appeals,
Third Circuit.
 Aug 07, 1996
 
 Appeal From: D.Del., Nos. 86-cv-00304, 94-cv-00017, 94-cv-00033, 94-cv-00112, 94-cv-00130,
 Robinson, J.
 
 
 1
 AFFIRMED.